No. 9259.

BOTT *v.* THE PEOPLE.

Supersedeas denied and judgment affirmed.

*Error to Larimer District Court, Hon. Robert G. Strong, Judge.*

T. J. LEFTWICH and L. R. TEMPLE, for plaintiff in error.

Hon. LESLIE E. HUBBARD, Attorney General, Mr. BERTRAM BESHOAR and RALPH E. KERWIN, Assistant Attorneys General, for The People.

*Per curiam:*

The plaintiff in error was convicted of the violation of our age of consent act, and brings the case here for review.

A careful examination of the record fails to disclose any prejudicial error. The application for supersedeas will be denied and the judgment affirmed.

*Supersedeas denied: Judgment affirmed.*

Decision *en banc.*